# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KAREN TAPPERT,

        Defendant.

Case No. 2:10-cr-00286-PMP-GWF

**ORDER**

Motion for Immediate Order to Dismiss (#84)

This matter is before the Court on Karen Tappert's Motion for Immediate Order to Dismiss Pursuant to Miranda Rule Violations and Unlawful Seizures (#84), filed on August 31, 2011. Defendant Tappert, in proper person, requests the Court dismiss with prejudice the charges against her because of violations of her Fourth and Fifth Amendment rights. Defendant however is currently represented by counsel, and a represented party may not file a motion or pleading with the Court other than through her attorney. The Court therefore denies Defendant's Motion. Accordingly,

**IT IS HEREBY ORDERED** that Karen Tappert's Motion for Immediate Order to Dismiss Pursuant to Miranda Rule Violations and Unlawful Seizures (#84) is **denied**.

DATED this 30th day of September, 2011.

_/s/ George Foley Jr._
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**