UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN TAPPERT,<br><br>Defendants. | 2:10-CR-00286-PMP-GWF<br><br>**ORDER** |

**IT IS ORDERED** that Defendant Tappert's Ex Parte Motion (Doc. #139) is **DENIED**. Defendant Tappert is represented by counsel in this criminal case. Therefore, Defendant Tappert should file all motions through counsel.

DATED: January 5, 2012.

_____
PHILIP M. PRO
United States District Judge