# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:10-cr-286-PMP-GWF |
| KAREN TAPPERT, | ) | |
| Defendant. | ) | **ORDER** |

On January 23, 2012, the Court granted Osvaldo E. Fumo's oral motion to withdraw as counsel and ordered counsel appointed for the purpose of appeal. (#146). Therefore;

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed in place of Osvaldo E. Fumo, Esq. for the purpose of appeal.

IT IS FURTHER ORDERED that Mr. Fumo shall forward the file to Mr. Leventhal forthwith.

DATED this 30th day of January 2012.

Nunc Pro Tunc Date: January 27, 2012

_____
PHILIP M. PRO
United States District Judge