# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| United States of America<br>　　　　Plaintiff,<br><br>vs.<br><br>Karen Tappert<br><br>　　　　Defendant. | District No.　2:10-CR-0286-PMP-GWF |

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On February 7th, 2012 this court received a transcript order form dated February 6th, 2012 requesting a Transcript of the Sentencing of Ms. Karen Tappert held on January 23rd, 2012 from Mr. Todd Leventhal, Counsel for Ms. Karen Tappert, in which **a portion of the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed portion of the recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of the hearing as requested by Defendant Counsel.

**IT IS FURTHER ORDERED** that the sealed portion of the recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 7th day of February, 2012.

_____
Philip M. Pro
United States Judge