UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KAREN TAPPERT,<br><br>Defendant. | 2:10-CR-00286-PMP-GWF<br><br>**ORDER** |

Having read and considered Defendant's Expedited Motion to Vacate Void Judgment (Doc. #180), and the Government's Response thereto (Doc. #191), and good cause appearing,

**IT IS ORDERED** that Defendant Tappert's Expedited Motion to Vacate Void Judgment (Doc. #180) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Tappert's Motion for Writ of Mandate (Doc. #182) and Expedited Motion to Vacate Void Judgement (Doc. #192) are **DENIED**.

DATED: December 3, 2012.

_____
PHILIP M. PRO
United States District Judge